## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

BRIAN BERTH,

          Plaintiff,

    v.                                                   Case No. 14-C-520

CAROLYN COLVIN,

          Defendant.

---

## ORDER

---

        Plaintiff has filed an action seeking review of the decision of the Commissioner of Social Security. Ordinarily, a plaintiff must pay a statutory filing fee of $350 to bring an action in federal court, 28 U.S.C. § 1914(a), plus an administrative fee of $50. Plaintiff, however, has requested leave to proceed in forma pauperis, pursuant to 28 U.S.C. § 1915. Plaintiff filed the required affidavit of indigence. Upon review of that affidavit, it appears that plaintiff is unable to pay the filing fee. Accordingly, the motion to proceed *in forma pauperis* is **GRANTED.**

        **IT IS FURTHER ORDERED** that the clerk shall serve a copy of the complaint and this order on the Commissioner of Social Security. Plaintiff must provide defendants or their counsel with copies of all future motions or papers filed by the plaintiff in this action.

        **IT IS FURTHER ORDERED** that the caption be amended to include the proper defendant, the Commissioner of Social Security, and to delete the named parties, who are not properly joined in a Social Security appeal.

        Dated this   8th   day of May, 2014.

                                       s/ William C. Griesbach
                                       William C. Griesbach, Chief Judge
                                     United States District Court